IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHNNY ALFRED YOUNGBLOOD,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　CASE NO. 4:04-cv-00441-MP-AK

EDWARDS,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 6, Report and Recommendation of Magistrate Judge Kornblum, recommending that this case be dismissed without prejudice. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. Neither party has filed an objection. Having considered the Report and Recommendation and lack of objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This case is DISMISSED without prejudice..

**DONE AND ORDERED** this ___6th___ day of July, 2005.

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge